**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Wayne Murray, ) | |
|     Plaintiff, ) | |
| v. ) | CV-01-1874-PHX-SMM (LOA) |
| Arizona Department of Corrections, et al., ) | O R D E R |
|     Defendants. ) | |

Defendants Schriro's and Marshall's Motion to Dismiss and Motion for Reconsideration of the Court's Order Filed August 17, 2006 are now ready for consideration,

Accordingly,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge with respect to the above-referenced Motions, docket #s 96 and 109, only. All other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 25th day of October, 2006.

Stephen M. McNamee
United States District Judge