**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Wayne Murray, | ) | No. CV-01-1874-PHX-SMM (LOA) |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Arizona Department of Corrections, et al., | ) | |
| Defendants. | ) | |
| | ) | |

It appearing to the Court that Plaintiff's Motion for Reconsideration of the Court's January 26, 2007 Order (docket # 122) is ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the aforementioned motion, docket # 122. All other matters in this action remain with the Magistrate Judge for disposition as appropriate.

DATED this 22nd day of February, 2007.

Stephen M. McNamee
United States District Judge