**WO** BL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Wayne Murray,<br><br>  Plaintiff,<br><br>vs.<br><br>Arizona Department of Corrections, et al.,<br><br>  Defendants. | No. CV 01-1874-PHX-SMM (LOA)<br><br>**ORDER** |

Plaintiff Robert Wayne Murray, a *pro se* inmate, seeks reconsideration of this Court's order dismissing as unexhausted his claims that his constitutional right to exercise his religion were violated due to the denial of his request for a Kara and Kesh (Docs. ##121, 122). Plaintiff argued that the grievance system in 2000 was inadequate because he could not challenge the return of a grievance as unprocessed (Doc. #122).

Motions for reconsideration should be granted only in rare circumstances. Defenders of Wildlife v. Browner, 909 F. Supp. 1342, 1351 (D.Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through — rightly or wrongly.'" Defenders of Wildlife, 909 F. Supp. at 1351 (quoting Above the Belt, Inc. v. Mel Bohannon Roofing, Inc., 99 F.R.D. 99, 101 (E.D.Va. 1983)).

The Court properly considered all the evidence and arguments presented. The record indicates that Plaintiff failed to exhaust his claim regarding the Kara because he filed his grievance appeal with regard to the Kara *after* he filed the instant action. As to Plaintiff's claim pertaining to the practice of Kesh, the record demonstrates that Plaintiff failed to exhaust his administrative remedies as required by the law. Plaintiff's initial grievance was not in compliance with the applicable ADC rules, and therefore, he failed to exhaust his administrative remedies. Plaintiff has not presented the Court with newly discovered evidence, has not demonstrated that the Court committed clear error or that the decision was manifestly unjust, and has not established that there was an intervening change in controlling law. Accordingly, Plaintiff's Motion for Reconsideration is **DENIED**.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. #122) is **DENIED**.

DATED this 3rd day of April, 2007.

Stephen M. McNamee
United States District Judge