**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert W. Murray, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV-01-1874-PHX-SMM (LOA) |
| ) | |
| Arizona Department of Corrections, et al., ) | O R D E R |
| ) | |
| Defendants. ) | |

It appearing to the Court that Defendants' Motion to Dismiss is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, (docket # 132). However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 6th day of June, 2007.

Stephen M. McNamee
United States District Judge