**WO**

1
2
3
4
5

6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9   Robert Murray,                    )    No. CV-01-1874-PHX-SMM (LOA)
                                       )
10              Plaintiff,             )    **ORDER**
                                       )
11   vs.                              )
                                       )
12   Arizona Department of Corrections, et al,)
                                       )
13              Defendants.            )
                                       )
14   _____ )

15          It appearing to the Court that Plaintiff's Motion for Reconsideration of Motion to

16   Dismiss (docket # 156) is ready for consideration,

17          **IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the

18   aforementioned motion, docket # 156.   All other matters in this action remain with the

19   Magistrate Judge for disposition as appropriate.

20          DATED this 24th day of July, 2007.

21
22
23                                        Stephen M. McNamee
                                          United States District Judge
24
25
26
27
28