**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Murray, | No. CV-01-1874-PHX-SMM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Arizona Department of Corrections, et al, | |
| Defendants. | |

It appearing to the Court that Plaintiff's Motion for Reconsideration of the Court's Order dated 9/20/2007 (docket # 168) is ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the aforementioned motion, docket # 168.  All other matters in this action remain with the Magistrate Judge for disposition as appropriate.

DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge